ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
WESLEY L. HSU (Cal. State Bar No. 188015)
MONICA E. TAIT (Cal. State Bar No. 157311)
Assistant United States Attorneys
     1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3045/2931
     Facsimile:  (213) 894-8601/6289
     e-mail:   wesley.hsu@usdoj.gov
               monica.tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-1159-R |
| Plaintiff, | FINDINGS AND ORDER RE: SPEEDY TRIAL ACT AND EXCLUDABLE TIME |
| v. | |
| MARIA GABRIELA HASHEMIPOUR, <br> aka "Maria Gabriela Perez," <br> aka "Maria Gabriella Perez," <br> aka "Gabriella Perez Rustichelli," <br> aka "Maria De Jesus Gonzalez Perez," <br> dba "Chez Gabriela Studio," <br> Defendant. | |

1    Defendant Maria Gabriela Hashemipour, also known as ("aka")
2 "Maria Gabriela Perez," aka "Maria Gabriella Perez," aka
3 "Gabriella Perez Rustichelli," aka "Maria De Jesus Gonzalez
4 Perez," doing business as "Chez Gabriela Studio" ("defendant")
5 first appeared before a judicial officer in the court in which
6 this charge is pending on August 19, 2010.  The indictment in
7 this case was filed on October 20, 2010.  Pursuant to the Speedy
8 Trial Act, 18 U.S.C. § 3161 <u>et seq.</u>, trial in this matter was to
9 commence on or before December 29, 2010.
10    On October 25, 2010, defendant appeared before the Court for
11 a trial setting.  The Court initially intended to set trial in
12 this matter for on or about November 30, 2010.  Upon the request
13 of defendant and stipulation by the government, the Court instead
14 set trial in this matter for January 11, 2011, at 9:00 a.m.
15    This Court finds that the ends of justice served by setting
16 the trial date on January 11, 2011, outweigh the interest of the
17 public and defendant in a trial within the original date
18 prescribed by the Speedy Trial Act.  For purposes of computing
19 time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>,
20 within which trial must commence, the time period from November
21 30, 2010, to January 11, 2011, inclusive, is deemed excludable
22 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B), because it results
23 from delay resulting from a continuance granted by the Court at
24 the request of the parties on the basis of the Court's finding
25 that the ends of justice served by taking such action outweigh
26 the best interest of the public and the defendant in a speedy
27 trial.  The time should also be deemed excludable pursuant to 18
28 U.S.C. § 3161(h)(7)(B)(iv) specifically because the delay is

necessary to permit defendant reasonable time necessary for effective preparation of a defense, specifically requesting and reviewing additional evidence, taking into account the exercise of due diligence.

    IT IS THEREFORE ORDERED that the Court deems the period from November 30, 2010, through January 11, 2011, inclusive, an excludable period under 18 U.S.C. § 3161 et seq.

Dated: November 2, 2010      _____
                                       HONORABLE MANUEL REAL
                                       UNITED STATES DISTRICT JUDGE

Submitted by:

_____/s/_____
WESLEY L. HSU
Assistant United States Attorney