NINA MARINO, State Bar No. 142815
KAPLAN MARINO, PC
9454 Wilshire Boulevard, Suite 500
Beverly Hills, California 90212
Phone  (310) 557-0007
Fax     (310) 275-4651
marino@kaplanmarino.com

Counsel for Defendant MARIA GABRIELA HASHEMIPOUR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-1159-R |
| Plaintiff, | |
| v. | **ORDER** |
| MARIA GABRIELA HASHEMIPOUR, | |
| Defendant. | |

IT IS ORDERED that the Defendant shall may $85,519.00 in restitution as follows:

American Express:     $60,317.00

Transfirst:                   $25,202.00

The restitution shall be paid in monthly installments as determined and as directed by the Probation Officer.

Dated: Sept. 30, 2011

_____
The Hon. Manuel L. Real
United States District Judge

cc: Fiscal

Submitted by:

  /s/:
_____
NINA MARINO

**[PROPOSED] ORDER**